ON PETITION FOR REHEARING
IT IS ORDERED that the petition for rehearing is granted in part as follows:
The portion of the panel opinion discussing appellants’ state law claims for false arrest and imprisonment is withdrawn, and these claims will be remanded to the district court for consideration in the first instance.
The second sentence of the opinion is amended to conform with this disposition.
The concluding paragraph of the opinion is also amended to state:
For these reasons, we REVERSE the district court’s summary judgment for Detectives Staton and Brumley on the Malley claim and on the state law false arrest and imprisonment claims, AFFIRM for Sheriff Pattison and REMAND for further proceedings. We express no opinion on whether, at trial, Spencer or the detectives will prevail in their respective contentions.
REVERSED IN PART; AFFIRMED IN PART; AND REMANDED.